**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

**UNITED STATES OF AMERICA**                                                                **PLAINTIFF**

**V.**                                     **CASE NO. 5:13-CR-50012-004**

**GONZALO PONCE-HURTADO**                                                          **DEFENDANT**

**ORDER**

Now pending before the Court is the Report and Recommendation (Doc. 176) of

Magistrate Judge Erin L. Setser, filed on May 26, 2015.  The time to object has now

passed, and no objections were filed.

Accordingly, **IT IS ORDERED** that the Report and Recommendation (Doc. 176) is

**ADOPTED IN ITS ENTIRETY**, and Defendant's Motion to Dismiss Indictment, Conviction

and Sentence for of [sic] Exclusive Legislative and Subject Matter Jurisdiction Pursuant to

Rule 12(b)(1) Federal Rule[s] of Civil Procedure (Doc. 154) is **DENIED**.

**IT IS SO ORDERED** this _23rd_ day of June, 2015.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE