# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

**UNITED STATES OF AMERICA**                                                              **PLAINTIFF**

**V.**                          **CASE NO. 5:13-CR-50012-004**

**GONZALO PONCE-HURTADO**                                                             **DEFENDANT**

## ORDER FOR REMISSION OF FINE

Currently before the Court is the Government's Petition for Remission of Fine (Doc. 213). The Court, being well and sufficiently advised, finds and orders as follows:

1. On March 18, 2014, Defendant was sentenced to 210 months incarceration, 3 years of supervised release with anticipated deportation to follow, a $100.00 special assessment, and a $15,000.00 fine. The special assessment was paid in full, but Defendant owes a fine balance of $14,093.75.

2. The United States now moves to remit Defendant's fine pursuant to 18 U.S.C. § 3573, which provides:

> Upon petition of the Government showing that reasonable efforts to collect a fine . . . are not likely to be effective, the court may, in the interest of justice –
>
> (1)  remit all or part of the unpaid portion of the fine or special assessment, including interest and penalties.
>
> This statute shall apply to all fines and assessments, irrespective of the date of imposition.

3. The Government states that Defendant was deported and there is no reasonable likelihood the remaining fine can be collected.

**IT IS THEREFORE ORDERED** that the Government's Petition for Remission of Fine (Doc. 213) is hereby **GRANTED** and Defendant's remaining fine balance is **REMITTED**.

**IT IS SO ORDERED** on this 26th day of February, 2025.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE